AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| SCOTT P. PETERSON, an individual, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-05518-BHS |
| HGH COMPANIES INCORPORATED, a Washington corporation, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant HGH COMPANIES INCORPORATED.

Date: August 23, 2021

/s/ Adam T. Pankratz
*Attorney's signature*

Adam T. Pankratz, WSBA #50951
*Printed name and bar number*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
*Address*

adam.pankratz@ogletree.com
*E-mail address*

(206) 693-7053
*Telephone number*

(206) 693-7058
*FAX number*