AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| SCOTT P. PETERSON, an individual, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-05518-BHS |
| HGH COMPANIES INCORPORATED, a Washington corporation, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant HGH COMPANIES INCORPORATED                                                                 .

Date: August 23, 2021

/s/ Kathryn P. Fletcher
*Attorney's signature*

Kathryn P. Fletcher, WSBA #22108
*Printed name and bar number*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
*Address*

kathy.fletcher@ogletree.com
*E-mail address*

(206) 693-7057
*Telephone number*

(206) 693-7058
*FAX number*