Honorable Judge Benjamin H. Settle

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

9
10
11
12
13
14
15

SCOTT P. PETERSON, an individual,

     Plaintiff,

  vs.

HGH COMPANIES INCORPORATED, a
Washington corporation,

     Defendant.

Case No. 3:21-cv-05518-BHS

**DEFENDANT'S FRCP RULE 7.1**
**CORPORATE DISCLOSURE**
**STATEMENT**

16
17
18
19
20
21
22
23
24
25
26

     Comes Now Defendant HGH Companies Incorporated ("HGH"), by its undersigned counsel, pursuant to Federal Rule of Civil Procedure Rule 7.1 and Local Civil Rule 7.1, and for its Corporate Disclosure Statement states as follows:

     1.    HGH is a closely-held corporation with no publicly-held corporation owning 10% or more of its stock.

///
///
///
///

DEFENDANT'S FRCP RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 1
Case No. 3:21-cv-05518-BHS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

1

Respectfully submitted this 10th day of September, 2021.

2

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

3

4

By: */s/ Adam T. Pankratz*
By: */s/ Kathryn P. Fletcher*

5

Adam T. Pankratz, WSBA #50951
Kathryn P. Fletcher, WSBA #22108

6

1201 Third Avenue, Suite 5150
Seattle, WA 98101

7

Telephone:  (206) 693-7057
Facsimile:  (206) 693-7058

8

Email:   adam.pankratz@ogletree.com

9

kathy.fletcher@ogletree.com

10

Attorneys for Defendant HGH COMPANIES
INCORPORATED

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S FRCP RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 2
Case No. 3:21-cv-05518-BHS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2021, I filed the foregoing DEFENDANT'S FRCP RULE 7.1 CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will provide service to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

> Matthew J. Bean, WSBA #23221
> Cody Fenton-Robertson, WSBA #47879
> BEAN LAW GROUP
> 2200 Sixth Avenue, Suite 500
> Seattle, WA  98121
> Phone: 206-522-0618
> Email:   matt@beanlawgroup.com
>          cody@beanlawgroup.com
>
> *Attorneys for Plaintiff Scott P. Peterson*

SIGNED THIS 10th day of September, 2021 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant

48439591.1

DEFENDANT'S FRCP RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 3
Case No. 3:21-cv-05518-BHS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058