Honorable Judge Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SCOTT P. PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HGH COMPANIES INCORPORATED, a Washington corporation,<br><br>Defendant. | Case No. 3:21-cv-05518-LK<br><br>**NOTICE OF UNAVAILABILITY** |

The undersigned attorney of record, Adam T. Pankratz, for Defendant HGH Companies Incorporated, hereby notifies the Court and all counsel in this matter that he will be out of the office and unavailable to respond to motions, depositions, or other formal actions from October 10, 2022 through October 16, 2022. The undersigned requests, therefore, that no formal action nor hearings in this matter be noted during said dates.

Respectfully submitted this 30th day of September, 2022.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Adam T. Pankratz*
Adam T. Pankratz, WSBA #50951
1201 Third Avenue, Suite 5150
Seattle, WA 98104
Telephone: (206) 693-7057
Facsimile: (206) 693-7058
Email: adam.pankratz@ogletree.com

*Attorneys for Defendant HGH Companies Incorporated*

NOTICE OF UNAVAILABILITY - 1
Case No. 3:21-cv-05518-LK

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2022, I served the foregoing NOTICE OF UNAVAILABILITY via the method(s) below on the following parties:

Matthew J. Bean, WSBA #23221
Cody Fenton-Robertson, WSBA #47879
BEAN LAW GROUP
2200 Sixth Avenue, Suite 500
Seattle, WA  98121
Telephone:  (206) 522-0618
Facsimile:  (206) 524-3751
Email:   matt@beanlawgroup.com
            cody@beanlawgroup.com

*Attorneys for Plaintiff Scott P. Peterson*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 30th day of September, 2022 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
      Cheryl L. Kelley, Practice Assistant

NOTICE OF UNAVAILABILITY - 2
Case No. 3:21-cv-05518-LK

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058