THE HONORABLE LAUREN KING

# UNITED STATES DISTRICT COURT
# WESTER DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SCOTT P. PETERSON,<br><br>        Plaintiff,<br><br>v.<br><br>HGH COMPANIES INCORPORATED,<br><br>        Defendant. | Case No.: 3:21-cv-5518-LK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE CLERK OF THE COURT:

    Kindly withdraw the appearance of Cody Fenton-Robertson on behalf of Plaintiff Scott Peterson, who as of this coming Friday, October 21, will no longer be associated with the law firm of Bean Law Group.  Scott Peterson will continue to be represented by Matthew J. Bean and his firm, Bean Law Group.

    DATED the 18th day of October, 2022:

                                      *s/Cody Fenton-Robertson*
                                      Cody Fenton-Robertson, WSBA # 47879
                                      **Bean Law Group**
                                      2200 6th Ave, Suite 500
                                      Seattle, WA 98121
                                      Tele:   (206) 522-0618
                                      cody@beanlawgroup.com
                                      *Attorney for Scott Peterson*

NOTICE OF WITHDRAWAL OF COUNSEL
3:21-cv-5518-LK
                      1

**BEAN LAW GROUP**
2200 Sixth Ave, Suite 500
Seattle, WA 98121
(206) 522-0618