The Honorable Judge Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT PETERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HGH COMPANIES INCORPORATED,<br><br>　　　　Defendant. | No. 3:21-cv-05518-LK<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

COMES NOW the parties and hereby stipulate that this matter be dismissed with prejudice and without costs to either party.

| For the Plaintiff: | For the Defendant: |
|---|---|
| BEAN LAW GROUP | OGLETREE, DEAKINS, NASH, SMOKE & STEWART, P.C. |
| /s/ *Matthew J. Bean*<br>Matthew J. Bean, WSBA #23221<br>Attorney for Scott Peterson | /s/ *Adam T. Pankratz*<br>Adam T. Pankratz, WSBA #50951<br>Emma Healey, WSBA #58384 |

STIPULATION AND ORDER OF DISMISSAL - 1

BEAN LAW GROUP
2200 Sixth Ave, Suite 500
Seattle, WA 98121
(206) 522-0618

Upon stipulation of the parties, this matter is dismissed with prejudice.

It is so ordered.

DATED: this ___ day of December, 2022

_____
UNITED STATED DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2

BEAN LAW GROUP
2200 Sixth Ave, Suite 500
Seattle, WA 98121
(206) 522-0618